# ALABAMA COURT OF CRIMINAL APPEALS



July 25, 2025

**CR-2024-0430**
Anthony B. Taylor v. Alabama Department of Corrections (Appeal from
Montgomery Circuit Court: CV-23-901580)

## <u>NOTICE</u>

You are hereby notified that on July 25, 2025, the following action was taken
in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk